# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW MURPHY WHERRY JR., ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> ANDREW SAUL, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) | Case No: 2:20-cv-00888-MRW <br><br> **JUDGMENT** |

Having approved the Stipulation To Voluntary Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g),

IT IS ORDERED that judgment is entered in accordance with the Order Of REMAND.

DATE: 9/29/2020

THE HONORABLE MICHAEL R. WILNER
United States Magistrate Judge

-1-